Wright, J.,
dissenting. I would deny both the writ of mandamus and the writ of prohibition, because I believe that relator has adequate remedies at law.
With regard to relator’s request for a writ of mandamus, relator exercised his right to appeal the bureau’s decision within fourteen days to the Industrial Commission. If relator had obtained a favorable result upon appeal, his temporary total disability compensation would have been reinstated. However, the relator’s administrative appeal is either being held in abeyance or has been dropped. A writ of mandamus is completely inappropriate given these circumstances.
With regard to relator’s request for a writ of prohibition, relator has the right to challenge the bureau’s policy concerning the termination of temporary total disability compensation by filing a declaratory judgment action in an appropriate court. Instead of following these adequate legal avenues, relator inappropriately requests this court to grant a writ of prohibition.
Accordingly, I respectfully dissent.
Moyer, C.J., concurs in the foregoing dissenting opinion.